SCOTT J. SAGARIA (SBN 217981)
sjsagaria@sagarialaw.com
ELLIOT W. GALE (SBN 263326)
egale@sagarialaw.com
JOE ANGELO (SBN 268542)
jangelo@sagarialaw.com
**SAGARIA LAW, P.C.**
3017 Douglas Blvd., Ste. 100
Roseville, CA 95661
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff
Julie Greenhow

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| JULIE GREENHOW, <br><br> Plaintiff, <br><br> v. <br><br> EQUIFAX, INC.; et. al., <br><br><br><br> Defendants. | Case No.: 4:17-CV-00417-JSW <br><br> NOTICE OF SETTLEMENT WITH DEFENDANT EQUIFAX, INC. |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Julie Greenhow and defendant Equifax, Inc., by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  The parties believe the settlement should be finalized within 45 and a dismissal shall be filed.

Dated:   July 20, 2017

**Sagaria Law, P.C.**
/s/ *Elliot Gale*
Elliot Gale
Attorneys for Plaintiff

NOTICE OF SETTLEMENT - 1