Scott J. Sagaria (SBN 217981)
SJSagaria@sagarialaw.com
Elliot W. Gale (SBN 263326)
EGale@sagarialaw.com
Joe Angelo (SBN 268542)
JAngelo@sagarialaw.com
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff
Julie Greenhow

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| JULIE GREENHOW,<br><br>          Plaintiff,<br><br>   v.<br><br><br>EXPERIAN INFORMATION SOLUTIONS, INC., ET AL.,<br><br>          Defendants. | Case No.: 5:17-cv-00417-JSW<br><br><br>**STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; [PROPOSED] ORDER** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Julie Grenhow and defendant Experian Information Solutions, Inc. that Experian Information Solutions, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; [PROPOSED] ORDER -1-

DATED: September 18, 2017                **Sagaria Law, P.C.**

                              By:    */s/ Elliot Gale*
                                     Elliot Gale
                                     Attorney for Plaintiff
                                     Julie Greenhow


DATED: September 18, 2017                **Jones Day**

                              By:    */s/ Celia M. Jackson*
                                     Celia M. Jackson
                                     Attorney for Defendant
                                     Experian Information Solutions, Inc.


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation.  I hereby attest that Celia M. Jackson has concurred in this filing.


*/s/ Elliot Gale*


## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Experian Information Solutions, Inc. is dismissed with prejudice and each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.


DATED: _____                      _____
                                          Hon. Jeffrey S. White
                                          UNITED STATES DISTRICT JUDGE